

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

This appeal is set for formal submission and oral argument before this Court on February 12, 2019, at 9:00 a.m. before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Patricia O. Alvarez, and Justice Liza A. Rodriguez. We request that the parties focus their oral argument on Issues 9, 13, and 17-23.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this order.

The Court provides a guest WiFi network for the parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

